

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **06-50742** |
| **ANTIONETTE JOAN GREEN** | ) | |
| | ) | MARILYN SHEA-STONUM |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **JOHN DONOFRIO**
   **Check No. 752661**
   **Claim #05-5**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $159.21 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **10/22/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*ck # 762391*
*receipt # 81872*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**ANTIONETTE JOAN GREEN**
**76 GLENWOOD AVENUE W**
**AKRON, OH 44304**
**(Via Regular Mail)**


**ANTHONY J COSTELLO (via ECF)**

**JOHN DONOFRIO**
**220 SOUTH BALCH STREET**
**SUITE 118**
**AKRON, OH 44302-1606**
**(via Regular Mail)**

Date of Service: **10/22/2010**   By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com